UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maplebrook Estates Homeowner's Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Hartford Fire Insurance Company, <br><br> Defendant. | Court File No. <br><br> **NOTICE OF REMOVAL** |

_____

Defendant Hartford Fire Insurance Company ("Hartford"), by and through its undersigned counsel and, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446(a), hereby files its Notice of Removal of this action from the Hennepin County District Court, Fourth Judicial District of the State of Minnesota, to the United States District Court for the District of Minnesota.

Removal is proper in this action because the state court Complaint asserts a controversy between citizens of different states. Plaintiff Maplebrook Estates Homeowner's Association, Inc. is a non-profit common interest community with its principal place of business in Minnesota, while Hartford is a Connecticut corporation with its principal place of business in Connecticut (*see* Jay Decl., Ex. A, state court Complaint, ¶¶ 1-2 and Becker Decl. ¶ 2, filed herewith).

In accordance with Fed. R. Civ. P. § 1446(c)(2)(A)(ii), Hartford contends in good faith that the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs. (Becker Decl. ¶ 2).

Dated: June 30, 2021  **Hinshaw & Culbertson LLP**

*/s/Jonathan D. Jay*
Jonathan D. Jay, Reg. No. 018603X
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612-333-3434
Facsimile: 612-334-8888
jjay@hinshawlaw.com

Attorneys for Defendant Hartford Fire Insurance Company