UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maplebrook Estates Homeowner's Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Hartford Fire Insurance Company, <br><br> Defendant. | Case No. 21-cv-01532 (SRN/DJF) <br><br><br> **ORDER** |

Alexander M. Jadin and David A. Brandis, Smith Jadin Johnson, PLLC, 7900 Xerxes Avenue S., Suite 2020, Bloomington, MN 55431, for Plaintiff.

Jonathan D. Day and Paulette S. Sarp, Hinshaw & Culbertson, 250 Nicollet Mall, Suite 1150, Minneapolis, MN 55401, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

Pending before the Court are the parties' cross motions for summary judgment [Doc. Nos. 65, 73].

In the Court's August 7, 2023 Order [Doc. No. 86], the Court remanded this case to the appraisal panel for clarification of three issues relevant to the summary judgment motions. The Court also stayed this action pending receipt of the appraisal panel's clarifications and directed the parties to inform the Court when the appraisal panel provided its response.

On November 22, 2023, counsel filed a letter [Doc. No. 88] that attached the appraisal panel's response.

1

In light of the appraisal panel's recent clarifications, the Court rules as follows:

1. The stay in this action is hereby **LIFTED**.

2. The parties shall file supplemental memoranda addressing the effect of the appraisal panel's clarifications.

    a. Each party shall file a supplemental memorandum of no more than 10 pages on or before **January 8, 2024**; and

    b. Each party may file a response of no more than 10 pages on or before **January 22, 2024**.

**SO ORDERED**.

Dated: December 5, 2023                                     s/Susan Richard Nelson
                                                            SUSAN RICHARD NELSON
                                                            United States District Judge