# UNITED STATES DISTRICT COURT
## District of Minnesota

Maplebrook Estates Homeowner's Association, Inc.,

          Plaintiff,

v.

Hartford Fire Insurance Company,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-1532 SRN/DJF

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Summary Judgment [Doc. No. 65] is **GRANTED IN PART** and **DENIED IN PART**;
2. Plaintiff's Motion for Summary Judgment [Doc. No. 73] is **GRANTED IN PART** and **DENIED IN PART**

Date: 3/1/2024

KATE M. FOGARTY, CLERK